**Electronically Filed: June 3, 2022**

KRISTINA L. HILLMAN, Bar No. 7752
SEAN W. McDONALD, Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
Telephone  (702) 508-9282
Fax  (510) 337-1023
E-Mail:  khillman@unioncounsel.net
        smcdonald@unioncounsel.net
        bankruptcycourtnotices@unioncounsel.net

Attorneys for Creditor Laborers' International Union of North
America, Local 872

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-22-11413-abl |
| PARNELL COLVIN, | Chapter 7 |
| Debtor(s), | DECLARATION OF SEAN W. McDONALD IN SUPPORT OF MOTION TO DISMISS BANKRUPTCY CASE WITH PREJUDICE AND FOR INJUNCTION AGAINST FUTURE FILING |
| | Hearing Date: July 6, 2022<br>Hearing Time: 9:30 a.m.<br>Courtroom:    1 |

I, Sean W. McDonald, declare as follows:

1.      I am over the age of 18 and competent to testify. I am an attorney admitted to the bars of the State of Nevada and of this Court. I have personal knowledge of the facts stated herein and I could and would testify to the same if called upon to do so.

2.      I am counsel of record for Creditor Laborers' International Union of North America, Local 872 ("Creditor," "Union," or "Local 872"). I make this declaration in support of the Union's Motion to Dismiss Bankruptcy Case with Prejudice and for Injunction Against Future Filing, filed contemporaneously herewith.

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1399 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

3.      As of May 31, 2022, Local 872 has incurred, solely as to Weinberg, Roger and Rosenfeld, $18,042.08 in legal fees and costs attributable to Debtor's bankruptcy cases. These costs increase with each bad faith bankruptcy filed.

4.      On April 16, 2021, I filed on behalf of the Union a breach of contract action against Parnell Colvin, the Debtor herein, in the Las Vegas Township Justice Court, Case No. 21C008234 (the "Justice Court Lawsuit"). On April 21, 2021, before the summons and complaint in that action were served, the Debtor filed a voluntary bankruptcy petition under chapter 7 in the District of Nevada, Case No. 21-12012-abl. That bankruptcy petition was dismissed on July 8, 2021.

5.      After that bankruptcy case was dismissed, the Justice Court Lawsuit was served on Colvin.

6.      On September 8, 2021, a hearing was scheduled in the Justice Court Lawsuit on several pending motions. The hearing was continued to October 19, 2021, on Colvin's urging that he needed to focus on caring for a sick family member.

7.      On October 18, 2021, on the eve of the continued motions hearing in Justice Court, another bankruptcy case was filed, a voluntary bankruptcy petition under chapter 7 in the District of Nevada, Case No. 21-14974-mkn, causing delay. That bankruptcy petition was dismissed on December 7, 2021.

8.      Subsequently, Debtor filed the instant petition, a voluntary petition under chapter 7, on April 22, 2022, Case No. 22-11413-abl, causing further delay.

9.      Attached hereto as **Exhibit 1** are true and correct copies of a docket search conducted in the Las Vegas Township Justice Court for Parnell Colvin. Also included are selected dockets from cases returned as hits for that search from that Court and a docket from a case located that is pending in the Eighth Judicial District Court, Clark County, Nevada.

/ / /

/ / /

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1399 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

2

DECLARATION OF SEAN W. MCDONALD IN SUPPORT OF MOTION TO DISMISS
Case No. BK-22-11413-abl
153769\1274723

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd

2 day of June, 2022, at Las Vegas, Nevada.

3

4           */s/ Sean W. McDonald*
            Sean W. McDonald

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1399 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

3

DECLARATION OF SEAN W. MCDONALD IN SUPPORT OF MOTION TO DISMISS
Case No. BK-22-11413-abl
153769\1274723

# EXHIBIT 1

https://lvjcpa.clarkcountynv.gov/Anonymous/Search.aspx?ID=200

# Civil Case Records Search Results

**Record Count:** 12
**Search By:** Party   **Party Search Mode:** Name   **Last Name:** Colvin   **First Name:** Parnell   **Sort By:** Filed Date

| Case Number | Style | Filed/Location | Type/Status |
|---|---|---|---|
| 14E028385 | Xiaowei Xia, Landlord(s) vs. Parnell Colvin, Monique Brown, Tenant(s) | 12/23/2014 JC Evictions | Summary Eviction Closed |
| 15E008774 | Land Kings LLC, Landlord(s) vs. Parnell Colvin, Monique Brown, Tenant(s) | 04/27/2015 JC Evictions | Summary Eviction Closed |
| 15E020726 | Enas Croft, Bill Croft, Landlord(s) vs. Parnell Colvin, Sr, Monique Rashay Brown, AKA Monique Brown, Tenant(s) | 09/16/2015 JC Evictions | Summary Eviction Closed |
| 15A004041 | Parnell Colvin, Monique Brown, Plaintiff(s) vs. William Croft, Enas Croft, Defendant(s) | 11/16/2015 JC Department 6 | Small Claims - General Individual Plaintiff Closed |
| 17E008035 | Susan Waters, Landlord(s) vs. Parnell Colvin, Tenant(s) | 04/10/2017 JC Evictions | Summary Eviction Closed |
| 17E026915 | Legacy Properties, Landlord(s) vs. Parnell Colvin, Tenant(s) | 10/30/2017 JC Evictions | Summary Eviction Closed |
| 18E003730 | Shahani Enterprises, Landlord(s) vs. Parnell Colvin, Tenant(s) | 02/14/2018 JC Evictions | Summary Eviction Closed |
| 19A002646 | Parnell Colvin, Monique Brown, Plaintiff(s) vs. AHP Reality LLC, Xing R Mao, Defendant(s) | 07/10/2019 JC Department 6 | Small Claims - General Individual Plaintiff Closed |
| 19E016541 | Qingwen Kong, DBA AHP Realty LLC, Landlord(s) vs. Colvin Parnell, AKA Parnell Colvin, Monique Parnell, AKA Monique Brown, Tenant(s) | 07/19/2019 JC Evictions | Summary Eviction Closed |
| 20E002889 | Qingwen Kong, DBA AHP Realty LLC, Landlord(s) vs. Parnell Colvin, Tenant(s) | 02/10/2020 JC Evictions | Summary Eviction Open |
| 21C008234 | Laborers' International Union of North America Local 872, Plaintiff(s) vs. Parnell Colvin, Defendant(s) | 04/16/2021 JC Department 5 | Civil - Other Contract Open |
| 21E014316 | Tako LLC, Landlord(s) vs. Parnell Colvin, Tenant(s) | 07/19/2021 JC Evictions | Summary Eviction Open |

# REGISTER OF ACTIONS
## CASE NO. 21E014316

| Tako LLC, Landlord(s) vs. Parnell Colvin, Tenant(s) | § § § § § | Case Type: | **Summary Eviction** |
|---|---|---|---|
| | | Date Filed: | **07/19/2021** |
| | | Location: | **JC Evictions** |

---

### PARTY INFORMATION

| | | | **Lead Attorneys** |
|---|---|---|---|
| Landlord | **Tako LLC** | | Pro Se |
| | | | |
| Tenant | **Colvin, Parnell** | | Pro Se |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 07/19/2021 | **Application to Proceed in Forma Pauperis - Fee Waiver Req** |
| | *Fee Waiver* |
| 07/19/2021 | **Summary Eviction Tenant Answer** |
| | *Tenant Answer* |
| 07/19/2021 | **Order to Proceed In Forma Pauperis Granted** |
| 07/21/2021 | **Notice** |
| | *Notice of transfer* |
| 07/28/2021 | **Summary Eviction Landlord Complaint** |
| | *COMPLAINT FOR SUMMARY EVICTION* |
| 07/28/2021 | **Order Setting Hearing** |
| | *Order Setting Hearing* |
| 08/17/2021 | **Mediation Outcome: No Agreement** |
| 08/19/2021 | **Documents in Support** |
| | *Documents in Support* |
| 08/26/2021 | **Order** |
| | *Order Vacating Hearing* |
| 09/07/2021 | *CANCELED*  **Eviction Tenant Answer**  (2:30 PM) (Judicial Officer Brown, David) |
| | *Vacated* |
| | *Thirty Day No Cause* |
| 01/05/2022 | **Motion** |
| | *MOTION TO PLACE ON CALENDAR* |
| 01/06/2022 | **Notice of Court Hearing Mailed** |
| | *dp* |
| 01/06/2022 | **Order Setting Hearing** |
| | *Order Regarding Motion to Place on Calendar* |
| 01/18/2022 | **Documents in Support** |
| | *Documents in Support Notice of Removal to Federal Court* |
| 01/19/2022 | **Order** |
| | *Order* |
| 01/20/2022 | *CANCELED*  **Eviction Motion**  (10:00 AM) (Judicial Officer Brown, David) |
| | *Vacated* |
| | *Motion to Place on Calendar* |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Landlord** Tako LLC | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 07/28/2021 | Transaction Assessment | | | 71.00 |
| 07/28/2021 | File and Serve Payments | Receipt # CIV-2021-64687 | Tako LLC | (71.00) |
| | | | | |
| | **Tenant** Colvin, Parnell | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 07/19/2021 | Transaction Assessment | | | 71.00 |
| 07/19/2021 | Fee Waiver | | | (71.00) |

# REGISTER OF ACTIONS
## CASE NO. 21C008234

| | | | |
|---|---|---|---|
| Laborers' International Union of North America Local 872, Plaintiff(s) vs. Parnell Colvin, Defendant(s) | §<br>§<br>§<br>§<br>§<br>§ | Case Type:<br>Date Filed:<br>Location: | **Civil - Other Contract**<br>**04/16/2021**<br>**JC Department 5** |

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| **Defendant** | **Colvin, Parnell** | | **Lead Attorneys**<br>**Pro Se** |
| **Plaintiff** | **Laborers' International Union of North America Local 872** | | **Sean W. McDonald**<br>*Retained*<br>702-508-9282(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/16/2021 | **Start Time Tracking: JCRCP 41(e) - 2 years** |
| 04/16/2021 | **Start Time Tracking: JCRCP 41(e) - 5 years** |
| 04/16/2021 | **Start Time Tracking: JCRCP 4(i)** |
| 04/16/2021 | **Civil Complaint - $5,000.01 to $10,000.00** |
| | *Complaint* |
| 04/19/2021 | **Civil Summons Issued (Efiling)** |
| 07/26/2021 | **Application to Proceed in Forma Pauperis - Fee Waiver Req** |
| | *Fee Waiver* |
| 07/27/2021 | **Order to Proceed In Forma Pauperis Granted** |
| 08/05/2021 | **Motion** |
| | *Motion to Dismiss Frivolus Lawsuit* |
| 08/09/2021 | **Affidavit of Service** |
| | *Affidavit of Service* |
| 08/09/2021 | **Order** |
| | *Order Setting Hearing for the Defendant's Motion to Dismiss* |
| 08/23/2021 | **Motion** |
| | *Motion to Strike Motion to Dismiss* |
| 08/23/2021 | **Motion** |
| | *Motion to Strike Unserved Answer and to Enter Default* |
| 08/23/2021 | **Opposition** |
| | *Opposition to Motion to Dismiss* |
| 08/25/2021 | **Notice** |
| | *Notice of Blue Jeans Information* |
| 09/02/2021 | **Order** |
| | *Order Vacting September 8th, 2021 Hearing and Rescheduling Hearing for September 28th, 2021* |
| 09/08/2021 | *CANCELED*   **Civil Motion**   (10:00 AM) (Judicial Officer Cruz, Cynthia) |
| | *Vacaled - per Judge* |
| | *Defendant's Motion to Dismiss Frivolus Lawsuit* |
| 09/16/2021 | **Notice** |
| | *Notice of Blue Jeans Information* |
| 09/28/2021 | **Civil Motion**   (10:00 AM) (Judicial Officer Cruz, Cynthia) |
| | *Plaintiff's Motion to Strike Motion to Dismiss & Motion to Strike Unserved Answer and to Enter Default* |
| | Result: Matter Heard |
| 10/12/2021 | **Notice** |
| | *Blue Jeans Notice* |
| 10/18/2021 | **Documents in Support** |
| | *Notice of Bankruptcy Filing* |
| 10/19/2021 | **Civil Motion**   (10:00 AM) (Judicial Officer Cruz, Cynthia) |
| | *Plaintiff's Motion to Strike Motion to Dismiss & Motion to Strike unserved Answer and to Enter Default & Defenfant's Motion to Dismiss.* |
| | Result: Matter Heard |
| 10/20/2021 | **Order** |
| | *Order Staying Case* |
| 11/10/2021 | **Notice of Change of Address** |
| | *Notice of Change of Address* |
| 11/19/2021 | **Notice** |
| | *Status Report re Order Staying Case* |
| 11/22/2021 | **Notice** |
| | *Blue Jeans Notice* |
| 11/22/2021 | **Motion** |
| | *Motion for Sanctions Under JCRCP 11* |
| 11/23/2021 | **Documents in Support** |
| | *Documents in Support* |
| 11/29/2021 | **Documents in Support** |
| | *Notice of Removal Filed in Federal Court* |
| 11/30/2021 | **Opposition** |
| | *Plaintiff's Response to Defendant's Documents in Support of Notice of Removal Filed in Federal Court* |
| 12/01/2021 | **Civil Status Check**   (10:00 AM) (Judicial Officer Cruz, Cynthia) |

|            | *Status Check & Plaintiff's Motion for Sanctions Under JCRCP 11* |
|------------|------------------------------------------------------------------|
|            | Result: Matter Heard |
| 12/01/2021 | **Documents in Support** |
|            | *Plaintiff's Exhibits regarding Defendant's District Court case Removal status* |
| 12/02/2021 | **Order** |
|            | *Order Lifting Stay and on Motions* |
| 12/14/2021 | **Documents in Support** |
|            | *Documents in Support Notice of Removal to Federal Court* |
| 12/21/2021 | **Notice** |
|            | *Blue Jeans Notice* |
| 12/28/2021 | **Order** |
|            | *Order Vacating December 29th, 2021 Hearing & Re-scheduling Hearing for January 5th, 2022* |
| 12/28/2021 | **Opposition** |
|            | *Plaintiff's Response to Defendant's Documents in Support of Notice of Removal Filed to Federal Court and Documents of Filing Case in Federal Court* |
| 12/28/2021 | **Notice** |
|            | *Plaintiff's Notice Re Defendant's Noncompliance With Court's December 2, 2021 Order* |
| 01/05/2022 | **Civil Status Check**  (10:00 AM) (Judicial Officer Cruz, Cynthia) |
|            | *Plaintiff's Motion for Sanctions & Motion to Strike Unserved Answer* |
|            |   *12/29/2021 Reset by Court to 01/05/2022* |
|            | Result: Matter Heard |
| 01/05/2022 | **Order Granting Motion** |
|            | *Order Granting Plaintiff's Motion to Strike Defendant's Unserved Answer and Denying Plaintiff's Motion for Sanctions Under JCRCP 11* |
| 01/06/2022 | **Application for Entry of Default** |
|            | *Application for Entry of Default* |
| 01/06/2022 | **Default** |
|            | *Default* |

---

## FINANCIAL INFORMATION

|            | **Defendant** Colvin, Parnell | | |
|------------|-------------------------------|---|---|
|            | Total Financial Assessment | | 71.00 |
|            | Total Payments and Credits | | 71.00 |
|            | **Balance Due as of 06/02/2022** | | **0.00** |
| 07/27/2021 | Transaction Assessment | | 71.00 |
| 07/27/2021 | Fee Waiver | | (71.00) |

|            | **Plaintiff** Laborers' International Union of North America Local 872 | | |
|------------|-----------------------------------------------------------------------|---|---|
|            | Total Financial Assessment | | 213.50 |
|            | Total Payments and Credits | | 213.50 |
|            | **Balance Due as of 06/02/2022** | | **0.00** |
| 04/19/2021 | Transaction Assessment | | 199.00 |
| 04/19/2021 | File and Serve Payments | Receipt # CIV-2021-30588 | Laborers' International Union of North America Local 872 | (199.00) |
| 08/11/2021 | Transaction Assessment | | 14.50 |
| 08/11/2021 | Payment (Window) | Receipt # CIV-2021-68670 | McDonald, Sean W. | (14.50) |

# REGISTER OF ACTIONS
## CASE NO. 20E002889

| | | |
|---|---|---|
| Qingwen Kong, DBA AHP Realty LLC, Landlord(s) vs. Parnell Colvin, Tenant(s) | § § § § § | Case Type: **Summary Eviction**<br>Date Filed: **02/10/2020**<br>Location: **JC Evictions** |

---

### RELATED CASE INFORMATION

**Related Cases**
  19E016541 (Same Tenant Name)

---

### PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| Landlord | Kong, Qingwen *DBA* AHP Realty LLC | | Pro Se |
| | | | |
| Tenant | Colvin, Parnell | | Pro Se |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 02/10/2020 | **Application to Proceed in Forma Pauperis - Fee Waiver Req**<br>*Fee Waiver* |
| 02/10/2020 | **Summary Eviction Tenant Answer**<br>*Tenant Answer* |
| 02/10/2020 | **Order to Proceed In Forma Pauperis Granted** |
| 02/13/2020 | **Summary Eviction Landlord Complaint**<br>*Affidavit of Complaint, Notice, Lease Agreement* |
| 02/14/2020 | **Notice of Court Hearing Mailed**<br>*dp* |
| 02/18/2020 | **Documents in Support**<br>*Documetns in Support of Notice of Removal* |
| 02/21/2020 | *CANCELED*  **Eviction Tenant Answer**  (10:30 AM) (Judicial Officer Brown, David)<br>*Vacated*<br>*7 Day Notice to Pay or Quit* |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Landlord** Kong, Qingwen | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 02/14/2020 | Transaction Assessment | | | 71.00 |
| 02/14/2020 | File and Serve Payments | Receipt # CIV-2020-20137 | AHP Realty LLC | (71.00) |
| | | | | |
| | **Tenant** Colvin, Parnell | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 02/10/2020 | Transaction Assessment | | | 71.00 |
| 02/10/2020 | Fee Waiver | | | (71.00) |

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                    Location : Justice Court    Help

# REGISTER OF ACTIONS
## CASE NO. 17E008035

| | | |
|---|---|---|
| Susan Waters, Landlord(s) vs. Parnell Colvin, Tenant(s) | §<br>§<br>§<br>§<br>§ | Case Type: **Summary Eviction**<br>Date Filed: **04/10/2017**<br>Location: **JC Evictions** |

---

### RELATED CASE INFORMATION

**Related Cases**
    17E026915 (Same Tenant Name)
    18E003730 (Same Tenant Name)

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Landlord** | Waters, Susan | |
| **Tenant** | Colvin, Parnell | Pro Se |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/10/2017 | **Application to Proceed in Forma Pauperis - Fee Waiver Req**<br>   *Fee Waiver* |
| 04/10/2017 | **Summary Eviction Tenant Answer**<br>   *Tenant s Answer in Opposition to Summary Eviction* |
| 04/10/2017 | **Order to Proceed In Forma Pauperis Granted** |
| 04/10/2017 | **Notice of Bankruptcy**<br>   *BK 17-10614-btb* |
| 04/14/2017 | **Summary Eviction Landlord Complaint**<br>   *Landlord's Affidavit/Complaint for Summary Eviction* |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Landlord** Waters, Susan | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 04/17/2017 | Transaction Assessment | | | 71.00 |
| 04/17/2017 | File and Serve Payments | Receipt # CIV-2017-41199 | Waters, Susan | (71.00) |
| | | | | |
| | **Tenant** Colvin, Parnell | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 04/10/2017 | Transaction Assessment | | | 71.00 |
| 04/10/2017 | Fee Waiver | | | (71.00) |

Skip to Main Content   Logout   My Account   Search Menu   New Civil Search   Refine Search   Back      Location : Justice Court   Help

# REGISTER OF ACTIONS
## CASE NO. 15E020726

| | |
|---|---|
| Enas Croft, Bill Croft, Landlord(s) vs. Parnell Colvin, Sr, Monique Rashay Brown, AKA Monique Brown, Tenant(s) | § §  §  §  §  § |

| | |
|---|---|
| Case Type: | **Summary Eviction** |
| Date Filed: | **09/16/2015** |
| Location: | **JC Evictions** |

---

### RELATED CASE INFORMATION

**Related Cases**
    14E028385 (Same Tenant Name)
    15E008774 (Same Tenant Name)
    15E022514 (Same Tenant Name)

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| Landlord | **Croft, Bill** | | **Lead Attorneys**<br>**Terry A Moore, ESQ**<br>*Retained*<br>702-382-0711(W) |
| Landlord | **Croft, Enas** | | **Terry A Moore, ESQ**<br>*Retained*<br>702-382-0711(W) |
| Tenant | **Brown, Monique Rashay** *AKA* **Brown, Monique** | | **Pro Se** |
| Tenant | **Colvin, Parnell, Sr** | | **Pro Se** |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/16/2015 | **Summary Eviction Tenant Answer**<br>*Tenant Answer* |
| 09/16/2015 | **Application to Proceed in Forma Pauperis - Fee Waiver Req**<br>*Fee Waiver* |
| 09/17/2015 | **Order to Proceed In Forma Pauperis Granted**<br>*Granted* |
| 10/09/2015 | **Summary Eviction Landlord Complaint**<br>*Landlord's Affidavit/Complaint for Summary Eviction* |
| 10/12/2015 | **Notice of Court Hearing Mailed**<br>*va (Landlord notices mailed to attorney)* |
| 10/13/2015 | **Notice of Court Hearing Mailed**<br>*amf* |
| 10/26/2015 | **Notice of Bankruptcy**<br>*Notice of Bankruptcy as to Monique Rashay Brown* |
| 10/27/2015 | **Eviction Tenant Answer** (1:00 PM) (Judicial Officer Yeager, Bita)<br>*Five Day Notice to Pay Rent or Quit*<br>   *10/20/2015 Reset by Court to 10/27/2015*<br>Result: Matter Heard |
| 11/30/2015 | **Notice of Bankruptcy**<br>*Notice Of Bankruptcy* |
| 12/01/2015 | **Eviction Motion** (1:00 PM) (Judicial Officer Yeager, Bita)<br>*Motion to Place on Calendar*<br>Result: Matter Continued |
| 12/29/2015 | **Notice of Court Hearing Mailed**<br>*amf* |
| 01/07/2016 | **Eviction Status Check** (1:30 PM) (Judicial Officer Sullivan, Diana L.)<br>*12/31/2015 Reset by Court to 01/07/2016*<br>Result: Matter Continued |
| 01/07/2016 | **Notice of Bankruptcy**<br>*Notice of Bankruptcy Action* |
| 01/14/2016 | **Eviction Status Check** (1:30 PM) (Judicial Officer Yeager, Bita)<br>*to determine if the Tenant's Bankruptcy Stay has been lifted.*<br>Result: Matter Heard |
| 01/14/2016 | **Order for Summary Eviction (Dept 6)** |
| 12/31/2016 | **Administrative Reassignment to Department 6**<br>*Case reassigned from Department 06 (Judge Bita Yeager)* |
| 06/08/2020 | **Application to Proceed in Forma Pauperis - Fee Waiver Req**<br>*Fee Waiver* |
| 06/08/2020 | **Motion** |

|            | Motion to Seal |
|------------|----------------|
| 06/08/2020 | **Order to Proceed In Forma Pauperis Granted** |
| 06/09/2020 | **Order** |
|            | *Order Regarding Motion to Seal* |
| 06/09/2020 | **Eviction Sealing Denied** |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Landlord** Croft, Bill | | | |
| | Total Financial Assessment | | | 3.00 |
| | Total Payments and Credits | | | 3.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 10/15/2015 | Transaction Assessment | | | 3.00 |
| 10/15/2015 | Payment (Window) | Receipt # CIV-2015-96188 | Croft, Bill | (3.00) |
| | | | | |
| | **Landlord** Croft, Enas | | | |
| | Total Financial Assessment | | | 73.50 |
| | Total Payments and Credits | | | 73.50 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 10/12/2015 | Transaction Assessment | | | 73.50 |
| 10/12/2015 | File and Serve Payments | Receipt # CIV-2015-94768 | Croft, Enas | (73.50) |
| | | | | |
| | **Tenant** Brown, Monique Rashay | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 06/08/2020 | Transaction Assessment | | | 71.00 |
| 06/08/2020 | Fee Waiver | | | (71.00) |
| | | | | |
| | **Tenant** Colvin, Parnell, Sr | | | |
| | Total Financial Assessment | | | 71.00 |
| | Total Payments and Credits | | | 71.00 |
| | **Balance Due as of 06/02/2022** | | | **0.00** |
| 09/17/2015 | Transaction Assessment | | | 71.00 |
| 09/17/2015 | Fee Waiver | | | (71.00) |

## Case Information

A-20-820973-C | Parnell Colvin, Plaintiff(s) vs. Tako, LLC, Defendant(s)

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| A-20-820973-C | Department 8 | Peterson, Jessica K. |
| File Date | Case Type | Case Status |
| 09/10/2020 | Negligence - Premises Liability | Open |

## Party

Plaintiff
Colvin, Parnell

Active Attorneys ▾
    Pro Se

Defendant
Tako, LLC

Active Attorneys ▾

Lead Attorney
Ulm, Scott W.
Retained

Attorney
Golanics, Jennifer, ESQ
Retained

## Events and Hearings

09/10/2020 Complaint ▾

Complaint - COMP (CIV)

Comment
[1] Complaint

09/10/2020 Initial Appearance Fee Disclosure ▼

Initial Appearance Fee Disclosure - IAFD (CIV)

Comment
[2] Initial Appearance Fee Disclosure

09/10/2020 Summons Electronically Issued - Service Pending ▼

Comment
[3] Summons

10/06/2020 Affidavit of Service ▼

Affidavit of Service - AOS (CIV)

Comment
[4] Affidavit of Service -Tako, LLC

10/15/2020 Answer to Complaint ▼

Answer - ANS (CIV)

Comment
[5] Defendant Tako, LLC's Answer to Plaintiff's Complaint

10/15/2020 Notice of Appearance ▼

Notice of Appearance - NOTA (CIV)

Comment
[6] Defendant Tako, LLC's Notice of Appearance

10/15/2020 Initial Appearance Fee Disclosure ▼

Initial Appearance Fee Disclosure - IAFD (CIV)

Comment
[7] Defendant Tako, LLC's Initial Appearance Fee Disclosure

10/15/2020 Demand for Jury Trial ▼

Demand for Jury Trial - DMJT (CIV)

Comment
[8] Defendant Tako, LLC's Demand for Jury Trial

10/22/2020 Request for Exemption From Arbitration ▼

ADR - Request for Exemption From Arbitration - ABREA (CIV)

Comment
[9] Plaintiff's Petition for Exemption from Arbitration

10/27/2020 Opposition to Request for Exemption ▼

ADR - Opposition to Request for Exemption - ABOPRE (CIV)

Comment
[10] Defendant Tako, LLC's Opposition to Plaintiff's Petition for Exemption from Arbitration

11/06/2020 Notice to Appear for Arb Conference on Request for Exemption ▼

ADR - Notice to Appear for Arb Conference on Request for Exemption - NAACE(CIV)

Comment
[11] Notice to Appear to Submit Additional Facts Regarding Arbitration Exemption

11/17/2020 Supplement to Request for Exemption ▼

ADR - Supplement to Request for Exemption - ABSUPREA (CIV)

Comment
[12] Plaintiff's Supplemental Petition for Exemption from Arbitration

11/19/2020 Commissioners Decision on Request for Exemption - Granted ▼

ADR - Commissioner's Decision on Request for Exemption - Granted - CDRG (CIV)

Comment
[13] Commissioner's Decision on Request for Exemption - GRANTED

11/20/2020 Arbitration Conference ▼

Judicial Officer
Truman, Erin

Hearing Time
9:00 AM

Cancel Reason
Vacated - per Commissioner

12/16/2020 Notice of Early Case Conference ▼

Notice of Early Case Conference - NECC (CIV)

Comment
[14] Notice of Early Case Conference Pursuant to NRCP 16.1

01/04/2021 Case Reassigned to Department 1 ▼

Comment
Judicial Reassignment to Judge Bita Yeager

01/11/2021 Peremptory Challenge ▼

Peremptory Challenge - CHLG (CIV)

Comment

[15] Peremptory Challenge

01/12/2021 Notice of Department Reassignment ▼

Notice of Department Reassignment - NODR (CIV)

Comment

[16] Notice of Department Reassignment

04/06/2021 Joint Case Conference Report ▼

Joint Case Conference Report - JCCR (CIV)

Comment

[17] Joint Case Conference Report

04/15/2021 Order ▼

Order

Comment

[18] Order to Appear for Mandatory Pretrial Conference Pursuant to Rule 16

06/08/2021 Mandatory Rule 16 Conference ▼

Minutes - Mandatory Rule 16 Conference

Judicial Officer

Peterson, Jessica K.

Hearing Time

9:00 AM

Result

Matter Heard

Parties Present ▲
Defendant

Attorney: Golanics, Jennifer, ESQ

06/08/2021 Scheduling and Trial Order ▼

Scheduling and Trial Order

Comment

[19] Scheduling Order and Order Setting Civil Jury Trial

10/26/2021 Motion to Withdraw As Counsel ▼

Motion to Withdraw As Counsel - MWCN (CIV)

Comment

[20] Motion to Withdraw as Counsel of Record for Plaintiff Parnell Colvin on an Order Shortening Time

10/26/2021 Clerk's Notice of Hearing ▼

Clerk's Notice of Hearing - CNOC (CIV)

Comment
[21] Notice of Hearing

11/08/2021 Motion ▼

Motion

Comment
[22] Letter/Motion Opposing Withdraw

11/10/2021 Minute Order ▼

Minute Order

Judicial Officer
Peterson, Jessica K.

Hearing Time
3:00 AM

Result
Minute Order - No Hearing Held

11/15/2021 Reply to Opposition ▼

Reply to Opposition - ROPP (CIV)

Comment
[23] Reply to Plaintiff Parnell Colvin's Opposition to Motion to Withdraw as Counsel of Record for Plaintiff Parnell
Colvin on an Order Shortening Time

12/09/2021 Motion to Withdraw as Counsel ▼

Judicial Officer
Peterson, Jessica K.

Hearing Time
10:00 AM

Result
Granted

Comment
Motion to Withdraw as Counsel of Record for Plaintiff Parnell Colvin on an Order Shortening Time

12/09/2021 Motion ▼

Judicial Officer
Peterson, Jessica K.

Hearing Time
10:00 AM

Result
Matter Heard

Comment
Plaintiff's Motion Opposing Withdraw

---

12/09/2021 All Pending Motions ▼

Minutes - All Pending Motions

Judicial Officer
Peterson, Jessica K.

Hearing Time
10:00 AM

Result
Matter Heard

Parties Present ▲
   Plaintiff: Colvin, Parnell

---

12/13/2021 Order to Withdraw as Attorney of Record ▼

Order to Withdraw as Attorney of Record

   Comment
   [24] 13 - Order Granting Motion to Withdraw as Counsel & OST

---

12/14/2021 Notice of Entry of Order ▼

Notice of Entry of Order - NEOJ (CIV)

   Comment
   [25] Notice of Entry of Order Granting Motion to Withdraw as Counsel of Record for Plaintiff Parnell Colvin on an Order Shortening Time

---

01/12/2022 Status Check ▼

Judicial Officer
Peterson, Jessica K.

Hearing Time
3:00 AM

Cancel Reason
Vacated

Comment
Status Check: Filing of Order Granting Motion to Withdraw as Counsel of Record for Plaintiff Parnell Colvin on an Order Shortening Time

---

01/13/2022 Status Check ▼

Minutes - Status Check

Judicial Officer
Peterson, Jessica K.

Hearing Time
9:00 AM

Result
Matter Heard

Comment
Status Check: Discovery

Parties Present▲
  Defendant

    Attorney: Golanics, Jennifer, ESQ

01/13/2022 Status Check ▼

Judicial Officer
Peterson, Jessica K.

Hearing Time
9:00 AM

Cancel Reason
Vacated - Duplicate Entry

03/02/2022 Substitution of Attorney ▼

Substitution of Attorney - SUBT (CIV)

  Comment
  [26] Substitution of Attorneys

03/05/2022 Stipulation and Order ▼

Stipulation and Order

  Comment
  [27] Stipulation and Order to Extend Discovery (First Request)

03/07/2022 Notice of Entry ▼

Notice of Entry - NEO (CIV)

  Comment
  [28] Notice of Entry of Stipulation and Order to Extend Discovery Deadlines and Continue Trial (First Request)

03/17/2022 Stipulation and Order to Extend Discovery Deadlines ▼

Stipulation and Order to Extend Discovery Deadlines

  Comment
  [29] Stipulation and Order to Extend Discovery Deadlines

05/26/2022 Notice of Change of Hearing ▼

Notice of Change of Hearing

Comment
[30] Notice of Change of Hearing

---

05/27/2022 Order Setting Civil Jury Trial ▾

Order Setting Civil Jury Trial

Comment
[31] A-20-820973-C OSCJ ORDER SETTING CIVIL JURY TRIAL

---

08/30/2022 Pre Trial Conference ▾

Judicial Officer
Peterson, Jessica K.

Hearing Time
9:30 AM

---

10/06/2022 Calendar Call ▾

Judicial Officer
Peterson, Jessica K.

Hearing Time
9:30 AM

---

10/11/2022 Jury Trial ▾

Judicial Officer
Peterson, Jessica K.

Hearing Time
10:00 AM

## Financial

Colvin, Parnell

| | Total Financial Assessment | | | $722.50 |
| Total Payments and Credits | | | $722.50 |

| 9/11/2020 | Transaction Assessment | | | $270.00 |
| 9/11/2020 | Efile Payment | Receipt # 2020-50808-CCCLK | Colvin, Parnell | ($270.00) |
| 1/11/2021 | Transaction Assessment | | | $450.00 |
| 1/11/2021 | Efile Payment | Receipt # 2021-01586-CCCLK | Colvin, Parnell | ($450.00) |
| 8/19/2021 | Transaction Assessment | | | $2.50 |
| 8/19/2021 | Payment (Window) | Receipt # 2021-51773-CCCLK | Colvin, Parnell | ($2.50) |

Tako, LLC

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $223.00 |
| Total Payments and Credits | | | | $223.00 |

| | | | | |
|---|---|---|---|---|
| 10/15/2020 | Transaction Assessment | | | $223.00 |
| 10/15/2020 | Efile Payment | Receipt # 2020-58171-CCCLK | Tako, LLC | ($223.00) |

## Documents

Complaint - COMP (CIV)

Initial Appearance Fee Disclosure - IAFD (CIV)

Affidavit of Service - AOS (CIV)

Answer - ANS (CIV)

Notice of Appearance - NOTA (CIV)

Initial Appearance Fee Disclosure - IAFD (CIV)

Demand for Jury Trial - DMJT (CIV)

ADR - Request for Exemption From Arbitration - ABREA (CIV)

ADR - Opposition to Request for Exemption - ABOPRE (CIV)

ADR - Notice to Appear for Arb Conference on Request for Exemption - NAACE(CIV)

ADR - Supplement to Request for Exemption - ABSUPREA (CIV)

ADR - Commissioner's Decision on Request for Exemption - Granted - CDRG (CIV)

Notice of Early Case Conference - NECC (CIV)

Peremptory Challenge - CHLG (CIV)

Notice of Department Reassignment - NODR (CIV)

Joint Case Conference Report - JCCR (CIV)

Order

Scheduling and Trial Order

Minutes - Mandatory Rule 16 Conference

Motion to Withdraw As Counsel - MWCN (CIV)

Clerk's Notice of Hearing - CNOC (CIV)

Motion

Minute Order

Reply to Opposition - ROPP (CIV)

Minutes - All Pending Motions

Order to Withdraw as Attorney of Record

Notice of Entry of Order - NEOJ (CIV)

Substitution of Attorney - SUBT (CIV)

Stipulation and Order

Notice of Entry - NEO (CIV)

Minutes - Status Check

Stipulation and Order to Extend Discovery Deadlines

Notice of Change of Hearing

Order Setting Civil Jury Trial